UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDA SANCHEZ, also known as Mariel Salas-
Sanchez

                            Plaintiff,

                -against-

THE CITY OF NEW YORK,

                            Defendant.

24-CV-9626 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated January 31, 2025, the Court granted Plaintiff's application to proceed *in forma pauperis* ("IFP"). In accordance with the Prison Litigation Reform Act, the agency that has custody of Plaintiff, the New York City Department of Correction ("DOC"), forwarded payments from Plaintiff's prisoner account to the Clerk of Court. On December 23, 2025, the Finance Department received a payment from the DOC that exceeded the outstanding balance that Plaintiff owes for the filing fee. Accordingly, the Court directs the Finance Department (1) to refund $26.40 to Plaintiff and (2) to refund any additional amount the DOC forwards to the Clerk of Court.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates

good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:    January 6, 2026
          New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge

2